AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

K3 HOSPITALITY, LLC, an Arizona limited liability company, THE PARLAY CHANDLER, LLC, an Arizona limited liability company, THE PARLAY SCOTTSDALE, LLC, an Arizona limited liability company, and THE PAR

*Plaintiff(s)*

v.

SIGNATURE SPORTS & DINING RESTAURANT, LLC an Arizona limited liability company

*Defendant(s)*

Civil Action No. CV-26-01691-PHX-DWL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SIGNATURE SPORTS & DINING RESTAURANT, LLC
4539 N. 22nd Street, Phoenix, AZ 85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Coble
Thomas A. Gilson
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of*

ISSUED ON 10:41 am, Mar 12, 2026
s/ Debra D. Lucas, Clerk